IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00496-RMR-CYC

DJAFEI M. DJAFALO,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

---

# MINUTE ORDER

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on April 11, 2025.**

This matter is before the Court on the Joint Notice of Settlement and Request to Vacate Scheduling Conference, ECF No. 35, stating that the parties have reached a settlement in this action. In light of this notice, the parties shall file appropriate dismissal papers **on or before May 26, 2025**. If no dismissal papers are filed, by the same date the parties shall file a joint Status Report alerting the Court of the status of their settlement agreement and when dismissal papers will be filed.

It is further ORDERED that the April 24, 2025 Status Conference is **VACATED**.

It is further ORDERED that the Motion to Remand Case to State Court, ECF No. 8, and Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint, ECF No. 18, are **DENIED as moot**.